**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ANDRE FELIX, individually and on behalf of a class of all persons and entities similarly situated, | ) | |
| Plaintiff, | ) | Civil Action File No. 1:26-cv-04219-SEG |
| vs. | ) | |
| FUTURE JUDGEMENT SOLUTIONS, | ) | |
| Defendant. | ) | |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COMES NOW, Future Judgement Solutions, the Defendant in the above-styled action, and by and through the undersigned counsel, hereby submits its disclosures pursuant to Fed. R. Civ. P. 7.1 and LR 3.3 stating as follows:

1. The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

    a. Plaintiff Andre Felix

    b. Defendant Future Judgement Solutions

2. The undersigned further certifies that the following is a full and complete list of all persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case: Tyler Stone. He is the owner of Defendant.
3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:
   a. Plaintiff's Counsel: Valerie Chinn, Chinn Law Firm, LLC, Anthony Paronich, and Paronich Law, P.C.
   b. Defendant's Counsel: Jonathan K. Aust and John H. Bedard, Jr. Bedard Law Group, P.C.
4. [For every action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a).] The undersigned further certifies that the following is a full and complete list of citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed: None currently known.

Respectfully submitted this 19th day of August 2026.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No. 448584
John H. Bedard, Jr.

Georgia Bar No. 043473

4855 River Green Parkway
Suite 310
Duluth, Georgia 30096
Telephone: (678) 253-1871
jaust@bedardlawgroup.com
jbedard@bedardlawgroup.com
*Counsel for Defendant Future Judgement Solutions*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ANDRE FELIX, individually and on behalf of a class of all persons and entities similarly situated, | ) | |
| Plaintiff, | ) | Civil Action File No. 1:26-cv-04219-SEG |
| vs. | ) | |
| FUTURE JUDGEMENT SOLUTIONS, | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2026, I electronically filed the foregoing Defendant's Certificate of Interested Persons and Corporate Disclosure Statement with the Clerk of Court using the Court's CM/ECF system, which will send notification of the filing to all counsel of record, including:

Valerie Chinn, Esq.
vchinn@chinnlawfirm.com

Anthony Paronich
Anthony@paronichlaw.Com

Respectfully submitted this 19th day of August, 2026.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No; 448584
John H. Bedard, Jr.
Georgia Bar No.: 043473