UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANDRE FELIX, *Individually and on behalf of a class of all persons and entities similarly situated*,

Plaintiff,

v.

FUTURE JUDGEMENT SOLUTIONS,

Defendant.

CIVIL ACTION NO.

1:26-CV-4219-SEG

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the parties' plan, except as modified by this order. The operative litigation deadlines shall be as follows:

1. **Amendments to the pleadings**: November 20, 2026.
2. **Plaintiff's opening expert disclosures and reports**: February 15, 2027.
3. **Defendant's expert and rebuttal expert disclosures and reports:** March 15, 2027.
4. **Plaintiff's rebuttal expert disclosures and reports:** April 15, 2027.

5. **Close of fact discovery**: June 14, 2027.

6. **Motion for class certification:** July 1, 2027.[1]

7. **Dispositive motions**: July 16, 2027.

Any party seeking to extend any of these deadlines must seek an extension before the expiration of the stated period. If no dispositive motions are filed, the parties' proposed consolidated pretrial order shall be filed within 45 days after the close of discovery. The parties have noted there is a possibility of settlement before discovery. (Doc. 10 at 18.) The parties are **DIRECTED** to confer within 14 days of this order regarding the possibility of mediation and/or settlement. Such conferral must take place by video conference, telephone, or in person, and not solely by email.

**SO ORDERED** this 13th day of October, 2026.

SARAH E. GERAGHTY
United States District Judge

[1] Plaintiff's unopposed motion to extend the time for Plaintiff to file a motion for class certification (Doc. 8) is **GRANTED** as set forth in this order.