**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ANDRE FELIX, individually and on behalf of a class of all persons and entities similarly situated, | ) | |
| Plaintiff, | ) | Civil Action File No. 1:26-cv-04219-SEG |
| vs. | ) | |
| FUTURE JUDGEMENT SOLUTIONS, | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served Defendant's Responses to Plaintiff's First Set of Discovery by emailing a copy of same to all counsel of record, including:

Valerie Chinn, Esq.
vchinn@chinnlawfirm.com

Anthony Paronich
Anthony@paronichlaw.Com

Respectfully submitted this 3rd day of November 2026.

**BEDARD LAW GROUP, P.C.**

/s/ Jonathan K. Aust
Jonathan K. Aust
Georgia Bar No; 448584
John H. Bedard, Jr.
Georgia Bar No.: 043473
*Counsel for Defendant*